FILED

2005 Jan-25  PM 03:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| AARON JAMES, | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO. 04-P-215-S** |
| | ) | |
| CAPTAIN JULIUS WALKER; | ) | |
| BIRMINGHAM CITY JAIL, | ) | |
| | ) | |
| **Respondents.** | ) | |

## FINAL JUDGMENT

On December 27, 2004 the magistrate judge's findings and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendation made by the magistrate judge. No objections have been filed by either party.

After careful consideration of the record in this case and the magistrate judge's findings and recommendation, the court hereby **ADOPTS** the findings of the magistrate judge. The court further **ACCEPTS** the recommendation of the magistrate judge and it is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the petition for writ of habeas corpus in this action be and the same hereby is **DENIED**.

**DONE** and **ORDERED** this _____25th_____ day of January, 2005.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE